FILED

07/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0259

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 21-0259

CHELSEY E. GEORGE f/k/a
CHELSEY E. FRANK,

                           Petitioner/Appellant

v.

MICHAEL E. FRANK,

                           Respondent/Appellee

## ORDER

On appeal from the Montana First Judicial District Court, Lewis and Clark County
Cause No. ADR-19-50; Honorable Judge Mike Menahan

| *Attorneys for Petitioner/Appellant:* | *Attorneys for Respondent/Appellee:* |
|---|---|
| David B. Cotner<br>COTNER LAW, PLLC<br>2700 Radio Way<br>Missoula, MT 59808<br>Telephone: (406) 541-1111<br>Facsimile:  (406) 541-1122<br>Email: dcotner@cotnerlaw.com | Molly K. Howard<br>J.R. Casillas<br>DATSOPOULOS, MacDONALD &<br>LIND, P.C.<br>201 West Main Street, Suite 201<br>Missoula, MT 59802<br>Telephone: (406) 728-0810<br>Facsimile:  (406) 543-0134<br>Email: mhoward@dmllaw.com<br>jrcasillas@dmllaw.com |

UPON REVIEW of Appellant's Unopposed Motion for Extension of Time, and good cause appearing;

IT IS HEREBY ORDERED that Appellant's Opening Brief is now due on or before September 6, 2021.

Dated this _____ day of July 2021.

_____
Supreme Court Judge

Cc: David B. Cotner
    Molly K. Howard
    J.R. Casillas

# CERTIFICATE OF SERVICE

I, the undersigned, an employee of Cotner Law, PLLC, hereby certify that on July_____ 2021 a true and correct copy of the foregoing was filed by electronic means to the Montana Supreme Court. Additionally, a copy was sent via electronic means to:


Molly K. Howard
J.R. Casillas
DATSOPOULOS, MacDONALD & LIND, P.C.
201 West Main Street, Suite 201
Missoula, MT 59802
Email: mhoward@dmllaw.com
jrcasillas@dmllaw.com


_____

Electronically Signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 26 2021